THE PEOPLE OF THE STATE OF ILLINOIS, Appellee, *v.* STEVEN JOSEPH ROBBINS, Appellant.

(No. 54938;

First District—September 27, 1971.

Patrick A. Tuite, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (George Pappas, of counsel,) for the People.